Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KENT SCHOOL DISTRICT NO. 415,<br><br>Defendant. | No. 2:18-cv-00674-RSM<br><br>STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS |

COME NOW the parties, by their own signatures and/or through their undersigned counsel and hereby notify the Court that this matter has been settled between them. Accordingly, the parties now request that this Court enter the following stipulation and close this case.

IT IS HEREBY STIPULATED AND AGREED by all of the parties through their undersigned counsel, that this action, including all claims, counterclaims and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own costs and attorneys' fees.

STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS - 1

2:18-cv-00674-RSM
NWA 18-674 dsm.docx

**PATTERSON BUCHANAN**
**FOBES & LEITCH, INC., P.S.**

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700  Fax 206.462.6701

| | |
|---|---|
| PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.<br><br>By: */s/ Michael T. Kitson*<br>Michael T. Kitson, WSBA 41681<br>Attorney for Defendant Kent School District<br>2112 3rd Ave, Suite 500<br>Seattle, WA 98121<br>mtk@pattersonbuchanan.com | REID, McCARTHY, BALLEW, & LEAHY, LLP<br><br>By: _____<br>Thomas A. Leahy, WSBA 26365<br>Attorney for Plaintiff<br>100 W. Harrison Street, North Tower, Ste. 300<br>Seattle, WA 98118<br>tom@rmbllaw.com |

**IT IS SO ORDERED:**

DATED this 29 day of June, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS - 2

2:18-cv-00674-RSM
NWA 18-674 dsm.docx